# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO. 5:03cr34-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | SCHEDULING ORDER |
| ) | |
| RICKY EUGENE EVERHART, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed , November 27, 2007,[1] remanding this case for resentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for resentencing on **Monday, December 8, 2008, at 9:30 AM in the United States Courthouse**, **200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina;**

2) The United States Marshal is directed to return Defendant to the Western District of North Carolina **on or before November 10, 2008**; and

3) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office, and Courtroom Deputy.

---

[1] The mandate issued September 4, 2008.

Signed: September 9, 2008

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge