# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO. 5:03cr34-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **SCHEDULING ORDER** |
| ) | |
| RICKY EUGENE EVERHART, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed , November 23, 2009,[1] remanding this case for resentencing.

   **IT IS, THEREFORE, ORDERED THAT:**

   1)   This matter is hereby scheduled for resentencing on **Monday, March 1, 2010, at the United States Courthouse**, **200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina;**

   2)   The United States Marshal is directed to return Defendant to the Western District of North Carolina **on or before February 12, 2010**; and

   3)   A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office, and Courtroom Deputy.

---

[1] The mandate issued December 15, 2009.

Signed: December 16, 2009

Richard L. Voorhees
United States District Judge